**FILED**
July 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
               Plaintiff,           )     Case No. MAG. 10-0188-GGH
v.                                   )
                                   )     ORDER FOR RELEASE OF
CUONG THOI LONG,           )     PERSON IN CUSTODY
               Defendant.           )
                                   )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CUONG THOI LONG, Case No. MAG. 10-0188-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $100,000.00.

     _X_    Unsecured Appearance Bond

     \_\_\_    Appearance Bond with Surety

     _X_    (Other) <u>Conditions as stated on the record.</u>

     \_\_\_    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07-07-10 at 2:31 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge